UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 29 2008
Clerk, U.S. District and Bankruptcy Courts

Nazneen Sultana,
89-29-151st Avenue
Howard Beach, NY 11414

Plaintiff,

v.

McDonald Corporation Store #1852,
159-40 Cross Bay Boulevard
Howard Beach, NY, 11414

Defendant,

Case: 1:08-cv-01297
Assigned To : Unassigned
Assign. Date : 7/29/2008
Description: Employ. Discrim.

JURY ACTION

## COMPLAINT

1. Plaintiff Nazneen Sultana, citizen of the U.S.A. hereby files her complaint of discriminatory practices in violation of Title VII, Civil Rights Act of 1964 and the Civil Rights Act of 1991.

### Jurisdiction and Venue

2. This court has jurisdiction of this case under Title VII, Civil Rights Act of 1964 and the Civil Rights Act of 1991. Further, this court has jurisdiction over this complaint because questions of federal law are presented.

**RECEIVED**
JUN 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Facts

3. Nazneen Sultana was employed with the McDonald Corporation Store # 1852 from September 3, 2007 thru March 9, 2008. Plaintiff Sultana noticed that her name, social security number, wage and tax statements contained errors on her employment statements. Plaintiff Sultana brought this matter to the attention of her supervisor Mr. Dario and verbally requested that Mr. Dario immediately correct the above mentioned errors. Mr. Dario elected to terminate Plaintiff Sultana from her employment rather than correct the errors. Plaintiff Sultana also discovered that her payroll sheets did not reflect the correct gross and net income payments. An example, Plaintiff Sultana pay stub did not have the required income tax payroll deduction a fee of .60 cents. Additionally, Plaintiff Sultana found some additional discrepancies with her pay stubs to include the W-2 income tax forms. See attachment dated 6-23-08 from Plaintiff Sultana pleading for assistance in an attempt to correct the above issues.

## Causes of Action

4. Defendant is liable to Plaintiff Sultana for several violations of Title VII, of the Civil Rights Act of 1964 and The Civil Rights Act of 1991 by unlawfully discriminating against Plaintiff Sultana, by executing the following: terminating plaintiffs employment, social security number on the required employment documents. Additionally, defendant withheld payments under Title VII, Equal Pay Act and immediately retaliated when Plaintiff attempted to highlight the errors by bringing the above issues to the attention of defendant supervisor.

## Prayer for Relief

5. Wherefore, Plaintiff respectfully request this court to:

   A. Declare that the practices described in this complaint occurred and they are unlawful;

   B. Issue a permanent injunction prohibiting the managers from engaging in further retaliatory practices as stated herein;

   C. Order that Plaintiff Sultana name, social security ~~number~~ payroll (N.S.), IRS documents be immediately corrected;

   D. Award compensatory damage to Plaintiff Sultana appropriate to the proof at trial; and

   E. Award reasonable attorney fees and other applicable costs and further relief as the court deems just and proper.

## Jury Trial Demand

6. Plaintiff Sultana hereby demands a jury trial on all counts triable by a jury.

*Nazneen Sultana*
Nazneen Sultana
Pro Se
June 26, 2008

UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

TO Whom it May Concern:

Sub: I have been paying My Income TAX 17 Years. I have Never Take opportunity Benefits 17 Years. I am a New Applicant for Unemployme For the Fast Time on Date May 14, 2008 I don't Know how to Apply Dept. of Labor Flushing Ny 11355 Maureen help me by the telephone Unemployment Apply then I Received a two Different Unemployment Letter Notice with a wrong Information. No post Mark. Thats why I n Need to Know whats going on My 17 years Income TAX Payer data Reccord Credit Reports.

Dear Sirs,

My Name is Nazneen Sultana Citizen of U.S.A. My SSN 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 I am a Single individual Income Tax payer. When I am an Employee of McDonald's Corporation Store #1852 Address at 159-40 Cross Bay Blvd. Howard Beach NY, 11414 Tel-(718-843-2036 I Was a ful Time Employee During the weekly & a part time on weekends. I was hired on sep 3, 2007 & Last worked on March 9, 2008 when my Boss Mr Dario Filed my Income Tax 2007 summary of Federal form W-2 Wage & statements IT-2 he Incorrectly wrote My Name & SSN & wage & Tax Statement & Employer's Name & address zip code. I saw that it was not correct so I Requested him to fix it correctly then he was right away Fired Me. I Found some of Discrepancy of my Paystubs & he did not pay Me Correct Gross pay & Net pay also I Found in my paystub Doesn't have Type of Deduction for the 060 ¢ Taken.

(2) other job Employers name K.F.C. INC Address 158-50 Crossbay blvd. howard Beach NY, 11414 Start from job; June 19, 2006 to january 28, 2007 (718)843-9312 paystub do not understand.

(3) other job; Employer's Name Burgerking pay Cheek on mark MBA & paystub mark AJA Restaurant. Address 161-50 Crossbay Blvd Howard beach NY 11414 Start from job May 31, 2006 to june 30, 2007 tel-(718)845-3088

I do not know anything about befor. when I look my paystubs all Years March 2008 then I found some thing discrepency with my in Paystubs & form W-2 & my Income Tax File.

any Company or INC that I worked Employer's and the Payroll they gave me Trouble with my Income Tax & form w-2 wage & statement Incorrect and also my paystub.

who knows Right away where I worked They Contract my Boss where I work they gave me Trouble with my Income Tax and Messedup my Income Tax & My SSN Information Number. I Need to know who Use My Social Security? & who Messed Up my Social Security Number? I have been paying My Income Tax 17 Years. I have Never Taken't any Opportunity benefits. whats going on my 17 years INcome Tax payer data Reccord Credit Reports? I am the beneficiary's Citizenship Status a Admitted Ommigrant authorized to work in the United States. Where can I work? please I Need help as soon as Possible have any problem legale Aid doesn't help me they not gave me any Lawyer. I can't Afford a Lawyer. Please help me Honestly Thank You Very Much.

89-29-151st Avenue
Howard Beach NY, 11414
Tel-(718)-641-6978

AMARJEET S MULTANI
NOTARY PUBLIC, State of New York
No. 01MU6103749
Qualified in Queens County
Commission Expires January 12, 20__

Very Truly Your
Nazneen Sultana
NAZNEEN SULTANA
Date June 23, 2008

Nazneen Sultana