United States District Court
For The
District of Columbia

**FILED**
JUL 29 2008
Clerk, U.S. District and Bankruptcy Courts

Nazneen Sultana
89-29-151 ST AVENUE APT#4
Howard Beach NY. 11414
718-641-6978

08 1297

VS.

McDonald's Corporation Store #1852
159-40 Cross Bay Blvd
Howard Beach, NY. 11414

Plaintiff's Motion to Appoint Counsel

① Requires assistance with the understanding the legal process and the execution of the English language to include interpreting the federal laws and procedures.

② Assistance with the required legal fees associated with the U.S. District Court proceedings.

**RECEIVED**
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nazneen Sultana
Date 26, 2008

3