UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 29 2008
Clerk, U.S. District and
Bankruptcy Courts

Nazneen Sultana,              )
                              )
    Plaintiff,            )
                              )
v.                            )   Civil Action No.   **08 1297**
                              )
McDonald Corporation Store #1852,  )
                              )
    Defendant.            )

TRANSFER ORDER

Before the Court is the plaintiff's *pro se* complaint, application for *in forma pauperis* status, and motion to appoint counsel. The Court will transfer the action to the proper venue under 28 U.S.C. § 1406 and defer the decisions on the application and motion for counsel.

This venue is not proper for litigating plaintiff's claim brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* Such cases are properly brought (1) in the judicial district where the alleged wrongdoing was committed; (2) in the judicial district where the relevant employment records are maintained and administered; (3) in the judicial district where the plaintiff would have worked but for the alleged discrimination; or, if the action cannot be brought in any of the preceding districts, (4) in the judicial district where defendant's principal office is located. 42 U.S.C. § 2000e-5 (f)(3).

Because the discrimination is alleged to have occurred in Howard Beach, New York, which is also where any relevant records are likely to be maintained and where plaintiff would have worked but for the discrimination, the Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the

United States District Court for the Eastern District of New York. The plaintiff's *in forma pauperis* application and motion for appointed counsel is properly left to the transferee court.

Date: July 29, 2008

United States District Judge